United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| MARCELLINE MELODIE NTI,<br><br>Petitioner,<br>v.<br><br><br>WARDEN OF LAREDO PROCESSING CENTER, *et al.*,<br><br>Respondents. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION No. L-26-801 |

**ORDER**

Before the Court is Petitioner Marcelline Melodie Nti's Emergency Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. D.E. 1. Petitioner is a native and citizen of Cameroon. At the time the lawsuit was filed, Petitioner was detained at the Laredo Processing Center in Laredo, Texas. The habeas petition challenges Petitioner's detention and requests an immediate release from custody.

On June 4, 2026, the Government entered an advisory stating that ICE intended to remove Petitioner from the United States within five days. D.E. 9. On June 30, 2026, however, Petitioner filed an Emergency Motion for Stay Removal Pending Review. D.E. 11. The Government did not respond to the emergency motion.

Public records suggest that Petitioner is no longer in custody. *See* United States Immigration and Customs Enforcement, Online Detainee Locator System, available at https://locator.ice.gov (last visited Aug. 13, 2026). Petitioner, nonetheless, has an unrelated active case pending before the Fifth Circuit. *Nti v. Blanche*, No. 26-60255. The

Court needs additional information regarding Petitioner's status. The Court **ORDERS** Respondents to provide an advisory within ten (10) days from the entry of this Order indicating whether Petitioner is still in custody.

**ORDERED** this 17th day of August, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE