United States District Court
Southern District of Texas
**ENTERED**
October 20, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| MARCELLINE MELODIE NTI,<br>*Petitioner,* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 5:26-CV-00801 |
| | §<br>§ | |
| WARDEN OF LAREDO<br>PROCESSING CENTER, *et al.*,<br>*Respondents*. | §<br>§<br>§ | |

## ORDER OF DISMISSAL

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, (Dkt. 1). Petitioner is a citizen of Cameroon. At the time the habeas petition was filed, Petitioner was detained at the Laredo Processing Center in Laredo, Texas. (Dkt. 1 at 4). Petitioner challenges her detention and seeks immediate release from custody. (Dkt. 1 at 14).

On August 27, 2026, Respondents advised the Court that Petitioner was removed to Cameroon on July 6, 2026, and is thus no longer in custody.

Because Petitioner is no longer in custody, the petition is moot. Accordingly, the Court **DENIES** all pending motions and **DISMISSES** this action **WITHOUT PREJUDICE** as **MOOT**.

**ORDERED** this 20th day of October 2026.

Nelva Gonzales Ramos

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE